# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                          Case No. 22-31696-CLH
                                                 Chapter 13

KIMESA SHALANDA SMITH,

       Debtor.

**ORDER DENYING CONFIRMATION AND DISMISSING BANKRUPTCY CASE**

       The Chapter 13 plan filed by Debtor came before the Court for confirmation on December 1, 2022. The Chapter 13 Trustee objected to confirmation, asserting that Debtor has not commenced payments under the plan as required by 11 U.S.C. § 1326. Based upon the pleadings and representations of counsel and in accordance with the ruling from the bench in open court, it is hereby

       ORDERED that confirmation of the plan is DENIED, and this bankruptcy case is DISMISSED for cause.

       It is FURTHER ORDERED that the Chapter 13 Trustee shall file and serve on all creditors a final report and account reflecting the receipts and disbursements in this case.

       Done this 2nd day of December, 2022.

                                                                       Christopher L. Hawkins
                                                                       United States Bankruptcy Judge

c:      Debtor
        Michael Brock, Attorney for Debtor
        Sabrina L. McKinney, Trustee
        All Creditors

*NOTICE: Any unpaid filing fees remain due and payable to the clerk of court. Failure to pay the filing fee may result in additional collection proceedings.*